# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Estate of William Fisher,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Alex M. Azar, II, Secretary of the United States Department of Health and Human Services,<br><br>　　　　　Defendant. | Civil No. 19-cv-2514 (DSD/TNL)<br><br>**ORDER** |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 21, 2020 (ECF No. 29), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 18) is **GRANTED AND DENIED IN PART**.

2. Defendant's Motion for Summary Judgment (ECF No. 23) is **DENIED**.

3. This matter is remanded back to the MAC for further proceedings consistent with this opinion.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 10, 2020

/s David S. Doty
David S. Doty, Judge
United States District Court